UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MICHAEL ALLEN HESS, et al.,<br><br>          Plaintiffs,<br><br>     v.<br><br>SELECT PORTFOLIO SERVICING INC., et al.,<br><br>          Defendants. | Case No.: C 11-00458 PSG<br><br>**ORDER THAT CASE BE TRANSFERRED TO THE SAN FRANCISCO/OAKLAND DIVISION OF THIS COURT** |

On January 31, 2011, Defendants filed a notice of removal of this action. A review of the papers filed by Defendants reveals that the proper divisional assignment is the San Francisco or the Oakland Division of this court. *See* Civil L.R. 3-2(c) ("A civil action arises in the county in which a substantial part of the events or omissions which give rise to the claim occurred or in which a substantial part of the property that is the subject of the action is situated") and 3-2(d) (actions that arise in Contra Costa County must be assigned to the San Francisco Division or the Oakland Division). Therefore,

IT IS HEREBY ORDERED that this case be transferred to San Francisco/Oakland Division of this court.

Dated: February 15, 2011

_____
PAUL S. GREWAL
United States Magistrate Judge

ORDER, *page 1*

**Notice of this filing was automatically mailed to counsel via the court's Electronic Case Filing system.**

**A copy of this filing was mailed to:**

Michael Allen Hess
2811 Abbeydale Court
Brentwood, CA 94513

Dynese Mouzakis
2811 Abbeydale Court
Brentwood, CA 94513

Dated: February 15, 2011

/s/ Chambers Staff
Chambers of U.S. Magistrate Judge Paul S. Grewal

ORDER, *page 2*