UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

HESS et al,

          Plaintiff,

  v.

SELECT PORTFOLIO SERVICING, INC. et al,

          Defendant.

                                            /

Case Number: CV11-00458 WHA

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on March 16, 2011, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dynese Mouzakis
2811 Abbeydale Court
Brentwood, CA 94513

Michael Allen Hess
2811 Abbeydale Court
Brentwood, CA 94513

Dated: March 16, 2011

                                        Richard W. Wieking, Clerk
                                        By: Dawn Toland, Deputy Clerk