IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL ALLEN HESS and DYNESE MOUZAKIS,<br><br>      Plaintiffs,<br><br>  v.<br><br>SELECT PORTFOLIO SERVICING, INC., QUALIFY LOAN SERVICING CORPORATION, and DEUTSCHE BACK NATIONAL TRUST COMPANY,<br><br>      Defendants.<br>                                     / | No. C 11-00458 WHA<br><br>**ORDER TO SHOW CAUSE** |

      Upon reassignment of this case to the undersigned and pursuant to the reassignment order, defendants Select Portfolio Servicing and Deutsche Bank National Trust Company filed a motion to dismiss plaintiffs' complaint (Dkt. No. 18). Defendant noticed the hearing for April 28, 2011.

      Pursuant to Civil Local Rule 7-3, any brief in opposition to defendants' motion was due on April 7, 2011, but no such opposition has been received. <u>Plaintiffs Michael Allen Hess and Dynese Mouzakis are ordered to respond by **APRIL 29, 2011**, and show cause for their failure to respond to the motion</u> in accordance with Civil Local Rule 7-3. This order to show cause does not constitute permission to file a late opposition. The motion hearing and case management conference on April 28, 2011, are **VACATED**. A new hearing and conference shall be noticed by

the Court if necessary. If plaintiffs do not respond by April 29, 2011, this case will be dismissed for failure to prosecute.

**IT IS SO ORDERED.**

Dated: April 8, 2011.



WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

2